Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00382-RMM-1

Case title: USA v. RANDOLPH                                 Date Filed: 04/16/2021

Assigned to: Magistrate Judge Robin M. Meriweather

**Defendant (1)**
STEPHEN CHASE RANDOLPH

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:111(a)(1) and (b), 18:231(a)(3) and 2 and 18:1512(c)(2) | |

**Plaintiff**
USA                                  represented by    **Robert Craig Juman**
                                                        U.S. ATTORNEY'S OFFICE
                                                        500 E. Broward Blvd.
                                                        Ft. Lauderdale, FL 33132
                                                        786-514-9990
                                                        Email: robert.juman@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Assistant U.S. Attorney*

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|

| | | |
|---|---|---|
| 04/16/2021 | 1 | SEALED COMPLAINT as to STEPHEN CHASE RANDOLPH (1). (Attachments: # 1 Statement of Facts) (zstd) (Entered: 04/18/2021) |
| 04/16/2021 | 3 | MOTION to Seal Case by USA as to STEPHEN CHASE RANDOLPH. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 04/18/2021) |
| 04/16/2021 | 4 | ORDER granting 3 Motion to Seal Case as to STEPHEN CHASE RANDOLPH (1). Signed by Magistrate Judge Robin M. Meriweather on 04/16/2021. (zstd) (Entered: 04/18/2021) |
| 04/20/2021 | 5 | Arrest Warrant Returned Executed on 4/20/2021 in Harrodsburg, KY as to STEPHEN CHASE RANDOLPH. (bb) (Entered: 04/20/2021) |
| 04/20/2021 | | Case unsealed as to STEPHEN CHASE RANDOLPH (bb) (Entered: 04/20/2021) |