AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Stephen Chase Randolph

Defendant

Case: 1:21-mj-00382
Assigned To : Meriweather, Robin M.
Assign. Date : 4/16/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Stephen Chase Randolph,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding an Officer Causing Bodily Injury;
18 U.S.C. § 231(a)(3) and §2 - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 04/16/2021

2021.04.16
15:03:02 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/16/2021, and the person was arrested on *(date)* 04/20/2021
at *(city and state)* HARRODSBURG, KY.

Date: 04/20/2021

*Arresting officer's signature*

KACY A. JONES  FBI SPECIAL AGENT
*Printed name and title*