UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Magistrate No.   21-5145-MAS-1      At  Lexington          Date  April 21, 2021

USA vs Stephen Chase Randolph     x  present   x  custody  ____ bond  ____ OR  Age  ____

PRESENT:  HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | None | Andrew T. Boone for Ron L. Walker, Jr. |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     Charles P. Gore    X  present  ___ retained  X  appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is audio file
KYED-LEX__5-21-mj-5145-MAS_20210421_151946

PROCEEDINGS:  **INITIAL APPEARANCE/REMOVAL HEARING**

Parties appeared for initial appearance/removal hearing on a warrant filed in Case No. 1:21-mj-0382, United States District Court, District of Colombia, pursuant to Rule 5.1. After being sworn, Defendant consented to appear via videoconference. The Court advised Defendant of his constitutional rights, including his right to counsel. The Court reviewed the Financial Affidavit completed by the defendant and determined that defendant qualifies for court appointed counsel. Defendant does not contest that he is the individual in the warrant from the District of Columbia. The United States requests detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(A), (f)(2)(A) and (B). Defendant requests a combined Detention and Preliminary hearing.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

After hearing statements of counsel, and being otherwise sufficiently advised, the Court **HEREBY ORDERS AS FOLLOWS**:

1.      Charles P. Gore is appointed to represent the defendant under the Criminal Justice Act.

2.      This matter is assigned for **DETENTION and PRELIMINARY HEEARING** on April 23, 2021 at 3:00 p.m. before Magistrate Judge Matthew A. Stinnett. All participants, including the defendant, shall appear in person.

Copies:  COR,USP,USM, D                    Initials of Deputy Clerk: slh    TIC: /19



Signed By:
Matthew A. Stinnett
United States Magistrate Judge