UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 21-MJ-05145

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.          **NOTICE BY UNITED STATES OF AUSA REPLACEMENT**

STEPHEN CHASE RANDOLPH                                                   DEFENDANT

\* \* \* \* \*

The United States gives notice that the undersigned Assistant United States Attorney replaces Assistant United States Attorney Ron W. Walker as counsel for the United States in this case. All pleadings and orders should be sent to:

>   Andrew T. Boone
>   Assistant United States Attorney
>   260 W. Vine Street, Suite 300
>   Lexington, Kentucky 40507-1612
>   (859) 6854841
>   FAX (859) 2334727
>   andrew.boone2@usdoj.gov

>   Respectfully Submitted,
>
>   CARLTON SEELY SHIER, IV
>   ACTING UNITED STATES ATTORNEY
>
>   By:   s/ Andrew T. Boone
>   Assistant United States Attorney
>   260 W. Vine Street, Suite 300
>   Lexington, Kentucky 40507-1612
>   (859) 685-4841
>   andrew.boone2@usdoj.gov

2

## CERTIFICATE OF SERVICE

On April 22, 2021, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

s/ Andrew T. Boone
Assistant United States Attorney
