UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 21-5145-MAS          At Lexington          Date April 23, 2021

USA vs Stephen Chase Randolph     x present    x custody    __ bond    __ OR    Age __

Docket Entry: Defendant appeared for preliminary and detention hearing on removal on a criminal complaint warrant filed in Case No. 1:21-cr-0382, United States District Court, District of Columbia, pursuant to Rule 5. The Court heard testimony of one witness, proffer, and arguments of counsel as to probable cause. The Court **FINDS** probable cause to believe that a crime has been committed and that the defendant committed the offenses alleged in the Criminal Complaint. The matter is bound over to the grand jury in the District of Columbia for further consideration. The Court also heard testimony of three witnesses, proffer, and arguments of counsel as to the issue of detention. The Court will enter a separate written opinion.

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | Andrew T. Boone |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     Charles P. Gore     x present    retained    x appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX_5-21-CR-5145-MAS_20210423_145725

PROCEEDINGS:     **PRELIMINARY AND DETENTION HEARING**

X   Oral motion for pretrial detention     __ GRANTED     __ DENIED   X  TAKEN UNDER ADVISEMENT

__   Hearing on motion of U.S. for pretrial detention **CONTINUED GENERALLY**

X   Defendant remanded to custody.

__   Defendant released on conditions.

Copies:  COR, USP, USM, DC     Initials of Deputy Clerk: slh     TIC:  PH/40 DH 1/20



Signed By:
Matthew A. Stinnett
United States Magistrate Judge