AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Kentucky

United States of America

V.

Stephen Chase Randolph

**EXHIBIT AND WITNESS LIST**

Case Number: 5:21-mj-5145-MAS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Matthew A. Stinnett | Andrew T. Boone | Charles P. Gore |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/24/2021 Preliminary/Detention hearin | Audio File | Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 4/23/2021 | | | WITNESS: Special Agent Kacy Jones, FBI |
| 1A | | 4/23/2021 | x | x | Video of events at capitol |
| 1B | | 4/23/2021 | x | x | Video still from video at capitol |
| 1C | | 4/23/2021 | x | x | Video stil from video at capitol |
| 2A | | 4/23/2021 | x | x | Video of events at capitol from Instagram |
| 2B | | 4/23/2021 | x | x | Video still from video at captiol |
| | x | 4/23/2021 | | | WITNESS: Jeannie B. Hood, Stephen Randolph's girlfriend |
| | x | 4/23/2021 | | | WITNESS: Ollie Joseph Hood, Jeannie Hood's father |
| | x | 4/23/2021 | | | WITNESS: Wendy Hood, Jeannie Hood's mother |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages